# EXHIBIT A



**GENESIS**



2017 GENESIS G80

IT'S TIME FOR A BREATH

OF FRESH LUXURY.

Introducing the Genesis G80





# LUXURY, REDEFINED.

The luxury car experience has been out of balance. World-class levels of performance and design, comfort and safety, quality and craftsmanship are only a starting point. What's been missing until now is an ownership experience where the excellence you enjoy is equally high – whether you're inside your car, or virtually anywhere else.

That's why, in the 2017 Genesis G80, human-focused innovation enhances the capabilities of both the car and its driver. And because we've focused as much on your experience outside the car as inside of it, the Genesis G80 brings you a more personal, more complete definition of luxury. A few examples: A simpler purchase process, complimentary scheduled maintenance and valet services.[1]

In the winged emblem of the Genesis brand, there is true symbolism: Genesis flies by its own set of rules, daring to boldly go beyond your expectations. Isn't that how luxury should be?

## THE GENESIS EXPERIENCE

| COMPLIMENTARY SCHEDULED MAINTENANCE | COMPLIMENTARY VALET SERVICE |
|---|---|
| 3 YEARS / 36,000 MILES | 3 YEARS / 36,000 MILES |
| SIRIUSXM® TRAFFIC & TRAVEL LINK® | GENESIS CONNECTED SERVICES |
| 3 YEARS COMPLIMENTARY<br>NOT AVAILABLE IN AK & HI | 3 YEARS COMPLIMENTARY<br>INCLUDES REMOTE START (ENROLLMENT REQ) |
| 24/7 ENHANCED ROADSIDE ASSISTANCE | NAVIGATION MAP CARE ANNUAL MAP UPDATES |
| 3 YEARS / UNLIMITED MILES | 3 YEARS COMPLIMENTARY |

# EVERY EFFORT WENT INTO MAKING IT EFFORTLESS.

Drive the Genesis G80 luxury sedan, and you'll revel in robust power underfoot, refined with athletic responsiveness at your fingertips. Genesis engineers used Germany's Nürburgring to test the G80's available 420-horsepower, 5.0L V8 engine and the Korean F1 Grand Prix circuit to put its SHIFTRONIC® paddle-shift 8-speed automatic transmission through its paces. Lotus Engineering experts were also consulted to validate the stability, ride quality and driving dynamics of the G80's state-of-the-art multi-link front and rear suspensions.

On the 311-horsepower Genesis G80 3.8, available HTRAC All Wheel Drive helps improve grip on roads wet or dry, in snow or on ice. This advanced dual-mode system preserves the G80's inherent rear-wheel-drive bias in normal traction conditions, while seamlessly redistributing torque to the appropriate wheels for optimal grip whenever it senses a loss of traction.

With Intelligent Drive Mode, you can select four ride and handling settings (Normal, Sport, Eco or Snow) based on what you desire or weather conditions demand. G80 even has a feature called Emergency Steer Assist Mode that optimizes stability control in sudden evasive maneuvers. So you can enjoy the greatest feeling of all: Supreme confidence.







# YOUR SAFETY SHOULD NEVER BE 'OPTIONAL'.

The 2017 Genesis G80 comes standard with a suite of safety features so extensive, it's left both the automotive press and the safety rating agencies impressed. In fact, its predecessor was the first Rear Wheel Drive midsize luxury sedan to earn IIHS Top Safety Pick+ honors.[2]

Since then, we've gone to even greater lengths to surround Genesis G80 drivers with an unwavering sense of security. The G80 comes standard with a suite of radar and camera-based technologies that warn you of potential hazards from the front, side or rear. It's all designed to enhance attentive driving and help avoid collisions in the first place.

The G80 is especially well-equipped to instill confidence when the weather conspires against you. Both Electronic Stability Control and Traction Control are standard, helping you carve sure-footed paths in the snow.[3] The G80 3.8's available HTRAC All Wheel Drive adds even more road-holding confidence at all four corners.

To aid with visibility in the cold and wet, the G80 comes standard with heated side mirrors and rain-sensing wipers that automatically vary wiper speeds to keep your windshield clear. The way we see it, weather can be uncertain – but your safety should never be.





### BRAKING THAT SEES THE FUTURE

Using front radar and a front camera, the Genesis G80's Automatic Emergency Braking system helps detect the presence of vehicles ahead of you. If it detects a crash is imminent, it automatically applies braking to help mitigate the effects of a collision. Or better yet, to help avoid one altogether.[4]



### LIKE AN EXTRA SET OF EYES

Backing out of parking spaces or driveways is nobody's idea of a good time. To make it easier, the G80 comes with a rearview camera (complete with available guidelines that follow your steering path) and available front/rear parking sensors that give audible indications when you're nearing an object.[5] Rear Cross-traffic Alert, which helps warn the driver of vehicles approaching from the side when reverse gear is selected, is also onboard.[6]



### SAFE IN THE LANES

If you depart your lane without signaling, Lane Departure Warning technology flashes an alert on the instrument panel and the Heads-up Display[5] while activating a haptic vibration in the G80's steering wheel. If you drift to the edge of your lane with Lane Keep Assist activated, it warns you via a gentle steering wheel haptic vibration and initiates subtle steering assist to help keep you centered in the lane.[7]



# THE BIGGEST ROOM.
# WITH THE BEST VIEW.

You'd demand it when staying at a resort hotel. Why should your luxury car be any different? Genesis G80 has the most passenger room and overall interior volume of any competitor in its class.[8] More important is the way the G80 interior makes you feel when you look around the cabin. Ultra-premium soft-touch leather, matte-finish premium wood and aluminum trim grace its surfaces.[9]

Settle into the driver's seat, and the feeling of substance is unmistakable. The high-density pads used in the G80's seat construction ensure firm yet comfortable support of your sitting posture. So long trips end with you and your passengers feeling invigorated, rather than fatigued. The G80's heated front seats are available with cooling ventilation (standard on our 5.0 model). And the 12-way power driver seat includes a 4-way power lumbar feature and power bolsters that inflate individual air cells for precise support.

The world's first dual mode ventilation control system designed with a $CO_2$ sensor cleanses the cabin air.[9] And the G80's panoramic glass sunroof lets natural light into the cabin,[9] while power rear and manual side sunshades are available to help block unwanted sunlight from entering the rear of the interior.[10] If the G80 is starting to sound like a vacation spa, then go ahead and take it. Your room is ready.







# A HIGHER FORM OF INTELLIGENCE.

From the moment you approach your Genesis G80, it presents you with intelligent solutions. A Proximity Key heralds your presence and activates approach lights. Walking up to your G80 with your hands full? The car's smart trunk opens automatically for easy access to cargo capacity that's larger than any of the G80's competitors.[1] It works by detecting the stylish key fob in your pocket or purse. Simply wait by the trunk for a few seconds, and it opens with no need to wave one foot awkwardly under the rear bumper like some competing systems require.

Slip behind the wheel, and you're greeted by an 8" touchscreen display with split-screen functionality for viewing audio information and navigation maps complete with junction view lane guidance. Android Auto™ and Apple CarPlay™ support lets you make hands-free calls or access your smartphone's music, maps and messages with simple voice commands.[2] Both are offered only with the G80's 8" touchscreen navigation system, and both support apps like Audible Audiobooks, Spotify Music, iHeartRadio, podcasts and more.

A segment-first 9.2" 720p HD touchscreen display is also available.[3] It's the control center for premium DIS navigation and multimedia options featuring a Lexicon® Logic 7® surround-sound system with speed-sensing volume control. The large screen makes it easy to find your favorite SiriusXM® Satellite Radio channels, while 17 high-efficiency speakers tuned to the G80's unique acoustic signature deliver an exceptional listening experience at every seating position.[4]

androidauto     Works with Apple CarPlay



# TIME IS THE NEW LUXURY.

Full Color Heads-up Display[5]

Dual Front Automatic Temperature Controls

$CO_2$ Sensor Control System[5]

Premium 9.2" 720p HD Navigation System[5]

SiriusXM® Satellite Radio with Traffic & Travel Link®

Genesis Connected Services

Siri Eyes Free Integration

Bluetooth® with Audio Streaming

Lexicon® 17-speaker Discrete Logic 7® Surround Sound Audio System[5]

Google POI and Local Search

Valet Service

## THE GENESIS G80 MAKES EVERY SECOND COUNT.



## ADVANCED SATELLITE SERVICES

Genesis puts the best of SiriusXM advanced audio and data services at your fingertips. In addition to more than 175 channels of commercial-free satellite radio, you'll stay up to date on traffic flows and road closures, sports scores, weather and stock reports, nearby fuel prices and movie times thanks to a complimentary three-year subscription to SiriusXM® Traffic & Travel Link.®[15]



## STATE-OF-THE-ART AUDIO

An available ultra-premium Lexicon® Discrete Logic 7® surround-sound audio system uses 17 speakers, Logic 7 Surround Sound processing and a 900-Watt, 12-channel digital external amplifier to create rich, powerful music reproduction. So whatever you're enjoying – from HD Radio™ or Bluetooth® streaming playlists to SiriusXM Satellite Radio's wide range of music, talk, news, sports and entertainment channels – you'll hear it all with remarkable clarity.



## AT-A-GLANCE INFORMATION

The G80 helps its driver process information quickly with an available full color Heads-up Display that projects vehicle speed, speed limits, navigation turns and warning alerts (for the Smart Cruise Control, Blind Spot Detection, Lane Departure Warning and Forward Collision Warning systems) onto your windshield. The Genesis 8" navigation system also offers a split-screen display, so you can view both mapping and audio features at a glance.



# CONTROL YOUR CAR WITH YOUR WATCH? IT'S NOT THE FUTURE. IT'S GENESIS G80.

Have you ever wanted your own personal concierge? The Genesis Intelligent Assistant app, available as a free download from Google Play™ or the Apple App Store, acts as one. It combines our Genesis Connected Services features with data from your G80, your smartphone or smartwatch, and the internet to proactively notify you of important information. Like estimated departure times to avoid being late for meetings. Or weather and traffic alerts. It can even remind you to remotely start your G80 and set the cabin temperature on a hot or cold day.[16]

Using our Genesis Connected Services app, you can remotely lock or unlock the doors and start your engine and climate controls from almost anywhere. Love to explore new cities? Genesis Connected Services features Destination Search powered by Google.™ At the press of a button, address and contact details appear on your navigation screen. And destination searches you perform via the the Genesis Intelligent Assistant app can be sent directly to the navigation system in your car.[17]

Welcome to the intersection of convenience and cool.





FEATURES HIGHLIGHTS

))) • REMOTE LOCK/UNLOCK

))) • REMOTE START WITH CLIMATE CONTROL

))) • MONTHLY VEHICLE HEALTH REPORTS

))) • ENHANCED ROADSIDE ASSISTANCE

))) • CAR FINDER AND VEHICLE SAFEGUARD ALERTS

))) • DESTINATION SEARCH POWERED BY GOOGLE™

# 2017 GENESIS G80 3.8

KEY STANDARD FEATURES



## PERFORMANCE

311-hp, 3.8L Gasoline Direct Injection V6 engine with Dual Continuously Variable Valve Timing
8-speed automatic transmission with SHIFTRONIC® and paddle shifters
Front and rear independent 5-link suspension
Intelligent Drive Mode
18" alloy wheels with P245/45R18 all-season tires

## COMFORT

Proximity Key entry with push button start
Leather seating surfaces
12-way power heated front seats with power lumbar adjustment
Integrated Memory System for driver seat, side mirrors and steering column
Power windows with auto-down/up and pinch protection
Leather-wrapped steering wheel with power tilt-and-telescopic adjustment and haptic feedback
Steering wheel audio, phone and cruise controls
Dual automatic temperature control
Auto-dimming rearview mirror with compass and HomeLink®
Bi-Xenon High Intensity Discharge automatic headlights
Heated and auto-dimming power-folding side mirrors with turn signal indicators and "Genesis logo" approach lights
Hands-free smart trunk with auto open

## SAFETY

Rearview camera
Vehicle Stability Management
Automatic Emergency Braking
Blind Spot Detection with Rear Cross-traffic Alert
Lane Departure Warning with Lane Keep Assist
Smart Cruise Control with stop/start
Electronic Parking Brake with Automatic Vehicle Hold
High Beam Assist
Electronic Stability Control and Traction Control System
4-wheel disc ABS with Brake Assist and Electronic Brake-force Distribution
9-airbag safety system with Occupant Classification System
Pre-safety seatbelts and front/rear outboard seatbelt pretensioners
Anti-whiplash front head restraints
Tire Pressure Monitoring System with individual tire pressure indicators
LED Daytime Running Lights
Rain-sensing wipers and auto-defogging windshield

## TECHNOLOGY

4.3" color LCD multi-information display
Electroluminescent Gauge Cluster
8" touchscreen navigation system with Apple CarPlay™ and Android Auto™ support
Complimentary annual navigation map updates for 3 years
AM/FM/HD Radio™/SiriusXM/CD/MP3 audio system with 7 speakers
SiriusXM® Satellite Radio (complimentary 90-day subscription)
SiriusXM® Traffic and Travel Link® complimentary 3-year subscription (SiriusXM traffic, stock, sports, weather, gas prices, movie info)
Genesis Connected Services (3-year complimentary subscription)
Bluetooth® hands-free phone system with voice commands and wireless audio streaming

## PREMIUM PACKAGE

GENESIS 3.8 STANDARD FEATURES PLUS:
+ Power tilt-and-slide panoramic sunroof
+ Lexicon® Discrete Logic 7® surround-sound audio system with 14 speakers
+ 7" color LCD multi-information display
+ Ventilated front seats
+ Rearview camera with parking guidelines
+ Front and rear parking sensors
+ Power rear sunshade
+ Manual rear side-window sunshades
+ LED foglights

## ULTIMATE PACKAGE

GENESIS 3.8 PREMIUM PACKAGE FEATURES PLUS:
+ Genuine matte-finish wood trim and aluminum trim
+ Premium leather seating surfaces
+ Power driver seat cushion extension and side bolster
+ Full color Heads-up Display
+ Dual mode front vent control and $CO_2$ sensor
+ Premium 9.2" touchscreen navigation with 720p HD display and Driver Information System (Apple CarPlay and Android Auto not available)
+ Lexicon® 17-speaker 7.1 Discrete surround-sound audio system
+ Power trunk lid

## GENESIS 3.8 HTRAC ALL WHEEL DRIVE

GENESIS 3.8 STANDARD FEATURES PLUS:
+ Heated rear seats
+ Heated steering wheel
+ Headlight washer

## DIMENSIONS

INTERIOR DIMENSIONS

| | |
|---|---|
| Head Room, front (with sunroof)/rear | 41.1 (39.4) / 38.2 in |
| Legroom, front/rear | 45.7 / 35.0 in |
| Shoulder Room, front/rear | 58.3 / 57.1 in |
| Hip Room, front/rear | 55.7 / 54.8 in |
| Total Interior Volume | 123.0 cu ft |
| Passenger Volume | 107.7 cu ft |
| Cargo Volume, trunk | 15.3 cu ft |

EXTERIOR DIMENSIONS

| | |
|---|---|
| Wheelbase | 118.5 in |
| Length | 196.5 in |
| Width, excluding mirrors | 74.4 in |
| Height | 58.3 in |
| Tread Width, front/rear (18" wheels) | 64.1 / 65.3 in |
| Tread Width, front/rear (19" wheels) | 63.8 / 64.3 in |
| Coefficient of Drag | 0.26 Cd |

## EPA MILEAGE ESTIMATES

| | |
|---|---|
| City/Highway/Combined (3.8 RWD) | 18 / 28 / 22 MPG |
| City/Highway/Combined (3.8 AWD) | 16 / 25 / 19 MPG |
| Fuel Tank Capacity | 20.3 gal |
| EPA Classification | Large Car |

# 2017 GENESIS G80 5.0

KEY STANDARD FEATURES

## PERFORMANCE

420-hp, 5.0L Gasoline Direct Injection V8 engine with Dual Continuously Variable Valve Timing
8-speed automatic transmission with SHIFTRONIC® and paddle shifters
Front and rear independent 5-link suspension
Intelligent Drive Mode
Quad exhaust tips
19" alloy wheels with P245/40R19 (front) and P275/35R19 (rear) all-season tires

## COMFORT

Proximity Key entry with push button start
Genuine matte-finish wood trim and aluminum trim
Premium leather seating surfaces
Heated and ventilated front seats
12-way power front seats with power lumbar adjustment
Power driver seat cushion extension and side bolster
Integrated Memory System for driver seat, side mirrors and steering column
Power tilt-and-slide panoramic sunroof
Power windows with auto-down/up and pinch protection
Leather-wrapped steering wheel with power tilt-and-telescopic adjustment and haptic feedback
Steering wheel audio, phone and cruise controls
Dual automatic temperature control
Dual mode front ventilation control with $CO_2$ sensor
Auto-dimming rearview mirror with compass and HomeLink®
Bi-Xenon High Intensity Discharge automatic headlights
Heated and auto-dimming power-folding side mirrors with turn signal indicators and "Genesis logo" approach lights
Illuminated door sill plates
Hands-free smart trunk with auto open
Power trunk lid

## SAFETY

Rearview camera with parking guidelines
Vehicle Stability Management
Automatic Emergency Braking
Blind Spot Detection with Rear Cross-traffic Alert
Lane Departure Warning with Lane Keep Assist
Smart Cruise Control with stop/start
Electronic Parking Brake with Automatic Vehicle Hold
High Beam Assist
Electronic Stability Control and Traction Control System
4-wheel disc ABS with Brake Assist and Electronic Brake-force Distribution
9-airbag safety system with Occupant Classification System
Pre-safety seatbelts and front/rear outboard seatbelt pretensioners
Anti-whiplash front head restraints
Tire Pressure Monitoring System with individual tire pressure indicators
LED Daytime Running Lights and foglights
Rain-sensing wipers and auto-defogging windshield
Front and rear parking sensors

## TECHNOLOGY

Full color Heads-up Display
7" color LCD multi-information display
Electroluminescent Gauge Cluster
Genesis Connected Services (3-year complimentary subscription)
Lexicon® Discrete Logic 7® surround-sound audio system with 17 speakers
Bluetooth® hands-free phone system with voice commands and wireless audio streaming
SiriusXM® Satellite Radio (complimentary 90-day subscription)
SiriusXM® Traffic and Travel Link® complimentary 3-year subscription (SiriusXM traffic, stock, sports, weather, gas prices, movie info)
Premium 9.2" touchscreen navigation with 720p HD display and Driver Information System
Complimentary annual navigation map updates for 3 years

## DIMENSIONS

### INTERIOR DIMENSIONS

| | |
|---|---|
| Head Room, front/rear | 39.4 / 38.2 in |
| Legroom, front/rear | 45.7 / 35.0 in |
| Shoulder Room, front/rear | 58.3 / 57.1 in |
| Hip Room, front/rear | 55.7 / 54.8 in |
| Total Interior Volume | 123.0 cu ft |
| Passenger Volume | 107.7 cu ft |
| Cargo Volume, trunk | 15.3 cu ft |

### EXTERIOR DIMENSIONS

| | |
|---|---|
| Wheelbase | 118.5 in |
| Length | 196.5 in |
| Width, excluding mirrors | 74.4 in |
| Height | 58.3 in |
| Tread Width, front/rear (18" wheels) | 64.1 / 65.3 in |
| Tread Width, front/rear (19" wheels) | 63.8 / 64.3 in |
| Coefficient of Drag | 0.26 Cd |

## EPA MILEAGE ESTIMATES

| | |
|---|---|
| City/Highway/Combined (5.0 RWD) | 15 / 23 / 18 MPG |
| Fuel Tank Capacity | 20.3 gal |
| EPA Classification | Large Car |



GENESIS 3.8
18"ALLOY WHEEL



GENESIS 5.0
19"ALLOY WHEEL

# READY
## TO KEEP ROLLING?

Visit genesis.com and explore the services and benefits that make the ownership of a Genesis luxury automobile an unparalleled experience. You'll find shopping tools that help you take the next steps, from a build-and-price configurator to more photos, technical specs and a locator for finding an authorized dealer nearest you.

# EXTERIOR COLORS



Casablanca White    Santiago Silver    Parisian Gray    Empire State Gray    Caspian Black

Pamplona Red    Manhattan Brown    Ibiza Blue    Patagonia Blue

# INTERIOR COLORS

Gray Leather

Gray Woodgrain

Matte Finish Brown Ash Wood

Black Leather

Gray Woodgrain

Matte Finish Brown Ash Wood

Beige Leather

Brown Woodgrain

Matte Finish Walnut Wood

Ivory Leather

Matte Finish Black Ash Wood

## FOOTNOTES

¹ All of the normal scheduled maintenance included in the Genesis G80 Owner's Manual is covered for 3 years or 36,000 miles. ² Refer to iihs.org/iihs/ratings/TSP-List/2014. ³ Electronic Stability Control (ESC) cannot control your vehicle's stability under all driving situations. ESC is not a substitute for safe driving practices. No system, no matter how advanced, can overcome physics or correct poor driving. The driver is always responsible for controlling the vehicle and must use caution to avoid loss of control in all driving conditions. Speed, road conditions and driver steering input will affect whether ESC can help prevent loss of control. See Owner's Manual for details. The Traction Control System is meant to enhance conscientious driving habits and is not a substitute for safe driving practices. ⁴ The Automatic Emergency Braking system is designed to assist drivers to avoid, or reduce the severity of, collisions with cars that have slowed or stopped in front of them. It is a supplemental assist, and does not replace the need for extreme care and attention by the driver. Automatic Emergency Braking may not stop the vehicle completely and will not avoid all collisions. For details on operation and limitations, please refer to the Owner's Manual. ⁵ Standard on Genesis 5.0, available on Genesis 3.8. ⁶ Never rely exclusively on the Rear Cross-traffic Alert. Always look over your shoulder and use your mirrors to confirm rear clearance. There are limitations to the function, detection, range and clarity of the system. Vehicle must be in reverse and has to be going 6 mph or less. ⁷ Lane Departure Warning with Lane Keep Assist operates above approximately 44 mph and only when the lane markings are clearly visible on the road. It will not prevent loss of control. Refer to your Owner's Manual for more information. ⁸ Class comparisons versus 2016 models for Audi A6, Cadillac CTS, Lexus GS, BMW 5-Series, Mercedes-Benz E-Class and Infiniti Q70 at time of printing. ⁹ Available on Genesis 3.8, standard on Genesis 5.0. ¹⁰ Available on Genesis 3.8. ¹¹ Claim based on comparison of specifications on manufacturer websites for Audi A6, Cadillac CTS, Lexus GS, Infiniti Q70, BMW 5-Series and Mercedes-Benz E-Class. ¹² Apple CarPlay and Android Auto only available on the standard 8" navigation system. Apple CarPlay works with iPhone 5s, iPhone 5c, iPhone 5 and later models running the latest version of iOS 7 and above. Apple is a registered trademark of Apple Inc. Android Auto works with smartphones running on Android 5.0, Lollipop and higher. Android, Android Auto, Google Play and other marks are trademarks of Google Inc. ¹³ Available on 3.8 Ultimate Package, standard on 5.0 model. ¹⁴ All SiriusXM services require a subscription, sold separately by SiriusXM after a free 90-day trial subscription. Fees and taxes apply. All fees and programming are subject to change. To cancel, please call 1-866-635-2349. See our Customer Agreement for complete terms at siriusxm.com. Sirius, XM and all related marks and logos are trademarks of Sirius XM Radio Inc. ¹⁵ 3-year complimentary subscription to SiriusXM Traffic & Travel Link® not available in AK & HI. ¹⁶ Remote Vehicle Start is only available for push button start equipped vehicles with an automatic transmission. Remote climate control available on properly equipped models with fully automatic temperature control. Features are subject to adequate cellular coverage, signal strength and battery power, and only available in the 50 United States. You must be an active subscriber or within the initial free-trial period to receive Genesis Connected Services. Apple, Apple Watch and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google, Google Play, Android Wear and other marks are trademarks of Google Inc. ¹⁷ Active Genesis Connected Services subscription required. Only use Genesis Connected Services and corresponding devices when it is safe to do so. Cellular and GPS coverage is required. Features, specifications, and fees vary by subscription plan and are subject to change. For more on details and limitations, visit genesis.com or an authorized retailer of Genesis branded products.

## GENESIS BRAND WARRANTY

**POWERTRAIN LIMITED WARRANTY**
10 YEARS / 100,000 MILES

**NEW VEHICLE LIMITED WARRANTY**
5 YEARS / 60,000 MILES

**ANTI-PERFORATION WARRANTY**
7 YEARS / UNLIMITED MILES

See dealer for LIMITED WARRANTY details. Fuel economy estimated by EPA for comparison only. Mileage may vary. While the information contained in this brochure was correct at the time of printing, specifications and equipment can change. Feature comparisons based on competitor information available at the time of printing. No warranty or guarantee is being extended in this brochure, and Genesis reserves the right to change product specifications and equipment at any time without incurring obligations. Some vehicles are shown with optional equipment. Specifications apply to U.S. vehicles only. Please contact your retailer of Genesis branded products for current vehicle specifications. As part of our commitment to a responsible environment, this brochure is printed using paper certified by the Forest Stewardship Council.® FSC® certification helps ensure that the highest social and environmental standards are met in the making of the paper we use, contributing to conservation, responsible management, and community-level benefits for people near the forests. Visit genesis.com or our social media sites.



NP020 G2017



GENESIS

# **EXHIBIT B**




# 2015 GENESIS AWD 3.8

*Genesis offers dynamic design, advanced safety, premium performance & smart luxury.*





**SOLD TO:** IL059    **SHIPPED TO:** IL059
D'ARCY HYUNDAI
2521 W. JEFFERSON STREET
JOLIET IL 60435

| | |
|---|---|
| **VIN:** | ▮▮▮▮▮▮▮ |
| **MODEL:** | B1402A65 |
| **ENGINE:** | G6DJEA258752 |
| **PORT OF ENTRY:** | PT |
| **EXTERIOR COLOR:** | PAMPLONA RED |
| **INTERIOR/SEAT COLOR:** | BEIGE/BEIGE |
| **TRANSPORT:** | TRUCK |
| **ACCESSORY WEIGHT:** | 16 lbs./ 7 kgs. |
| **EMISSIONS:** | This vehicle is certified to meet emission requirements in all 50 states |

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score** ★ ★ ★ ★ ★
Based on the combined rating of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal** Driver ★ ★ ★ ★ ★
**Crash** Passenger ★ ★ ★ ★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side** Front seat ★ ★ ★ ★ ★
**Crash** Rear seat ★ ★ ★ ★ ★
Based on the risk of injury in a side impact.

**Rollover** ★ ★ ★ ★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
**www.safercar.gov or 1-888-327-4236**

### EPA / DOT Fuel Economy and Environment    Gasoline Vehicle

**Fuel Economy**

**19** MPG combined city/hwy

**16** city    **25** highway

Large Cars range from 14 to 40 MPG.
The best vehicle rates 119 MPGe.

**5.3** gallons per 100 miles

**You spend $2,750 more in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost $2,750**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)
1 — 4 — 10 Best
This vehicle emits 459 grams CO₂ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

**Smog Rating** (tailpipe only)
1 — 5 — 10 Best

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 24 MPG and costs $11,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

**Smartphone QR Code**




## STANDARD FEATURES:

**AMERICA'S BEST WARRANTY**
*5-year/60,000-mile New Vehicle Warranty*   INCLUDED
*10-year/100,000-mile Powertrain Warranty*   INCLUDED
*7-year/Unlimited-mile Anti-perforation Warranty*   INCLUDED
*5-year/Unlimited-mile Roadside Assistance   INCLUDED
*Limited warranties, see dealer for details
**ADVANCED SAFETY TECHNOLOGY**
*Vehicle Stability Management System   INCLUDED
*Electronic Stability Control (ESC) with Traction Control (TCS)   INCLUDED
*ABS with Electronic Brake Force Distribution & Brake Assist   INCLUDED
*4-Wheel Disc Brakes   INCLUDED
*9 Airbags including Driver Knee Airbag   INCLUDED
*Anti-Whiplash Front Head Restraints   INCLUDED
**POWERTRAIN TECHNOLOGY**
*3.8L DOHC V6 GDI & Dual CVVT Aluminum Engine with 311 HP (Regular)   INCLUDED
*8-Speed Auto Transmission with SHIFTRONIC® & Paddle Shifters   INCLUDED
*Intelligent Drive Mode Select   INCLUDED
*HTRAC All-Wheel Drive   INCLUDED
*High Performance Gas Shock Absorbers   INCLUDED
*5-Link Fully-Independent Front and Rear Suspension   INCLUDED
**COMFORT & CONVENIENCE**
*18-Inch Alloy Wheels with P245/45R18 All Season Tires   INCLUDED
*Auto Headlights with Daytime Running Lights & LED Accents   INCLUDED
*Rain-Sensing Wipers w/ Auto Defogger Windshield & Headlamp Washer   INCLUDED
*Heated Dual Power Outside Mirrors with Turn Signal Indicators   INCLUDED
*Power Folding Outside Mirrors with "Genesis Logo" Puddle Lamps   INCLUDED
*Leather Seating Surfaces with Heated Front & Rear Seats   INCLUDED
*12-way Power Front Seats with Power Lumbar   INCLUDED
*Leather-Wrapped Tilt & Telescopic Heated Steering Wheel   INCLUDED
*Proximity Key Entry with Push-Button Start   INCLUDED
*Navigation System with 8" Display and Rearview Camera   INCLUDED
*4.3" TFT LCD Multi-Info Display & Electroluminescent Gauges   INCLUDED
*Dual Automatic Temperature Control   INCLUDED
*Auto-Dimming Rearview Mirror with Compass & Homelink®   INCLUDED
*Bluetooth® Hands-Free Phone System with Audio Streaming   INCLUDED
*Hyundai Blue Link® powered by Google (TM)   INCLUDED
*Blue Link Connected Care Complimentary Trial (enrollment required)   INCLUDED
*AM/FM/CD/MP3/HD Radio® Audio System w/ 7 Speakers   INCLUDED
*SiriusXM® Radio w/90 Day Trial; Not Available in AK & HI   INCLUDED
*SiriusXM® Travel Link® 3-Year Complimentary; Not Available in AK & HI   INCLUDED
*Tire Pressure Monitor with Individual Tire Pressure Indicator   INCLUDED
*Carpeted Floor Mats & Cargo Net / Hands-Free Smart Trunk Opener   INCLUDED
*Full Tank of Gas   INCLUDED

**Manufacturer's Suggested Retail Price:**   $40,500.00

## ADDED FEATURES:

*Signature Package:   $4,000.00
Power Tilt-and-Slide Panoramic Sunroof
Integrated Memory System (IMS)
Power Tilt-and-Telescopic Steering Wheel
Auto-Dimming Outside Mirrors
Blind Spot Detection with Rear Cross-traffic Alert
Lexicon® 14-Speaker Discrete Logic 7 Audio System
HID Headlights & Parking Guidelines
Power Rear Sunshade and Manual Rear Side Sunshades
Ventilated Front Seats
*Tech Package:   $3,500.00
Ultra Leather Seats / 7" TFT LCD Cluster Display
Power Driver Seat Cushion Extender and Side Bolster
Lane Departure Warning & Lane Keep Assist
Smart Cruise Control with Stop/Start Capability
Steering Wheel & Pre-Safety Seatbelt
Auto Emergency Braking (AEB) / High Beam Assist
Electronic Parking Brake with Automatic Vehicle Hold
Front & Rear Parking Assistance System
*Cargo Tray   $100.00
*First Aid Kit   $30.00
*Wheel Locks   $55.00

Inland Freight & Handling :   $950.00
**Total Price :**   **$49,135.00**

Manufacturer's suggested retail price includes manufacture's recommended pre-delivery service. Gasoline license and title fees state and local taxes and dealer installed options and accessories are not included in the manufacturer's suggested retail price. This label has been affixed to this vehicle by Hyundai Motor America, pursuant to the requirements of 15 U.S.C. 1231 et seq. which prohibits its removal or alteration prior to delivery to the ultimate purchaser.

## PART CONTENT INFORMATION

**FOR VEHICLE IN THIS CARLINE:**
**U.S./CANADIAN PARTS CONTENT: 5 %**
**MAJOR SOURCES OF FOREIGN PARTS CONTENT: KOREA: 81 %**

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

**FOR THIS VEHICLE:**
**FINAL ASSEMBLY PONT: ULSAN, KOREA**
**COUNTRY OF ORIGIN:**
**ENGINE: KOREA**
**TRANSMISSION: KOREA**

174    A    1625IKAIJI



VIN: ▮▮▮▮▮▮▮▮

# **EXHIBIT C**



USER'S MANUAL

The information contained in this Blue Link manual was correct at the time of printing, however, speci-fications and equipment can change without notice. No warranty or guarantee is being extended in this Blue Link manual, and Hyundai reserves the right to change product specifications and equipment at any time without incurring obligations. Some vehicles are equipped with optional equipment. Speci-fications apply to U.S. vehicles only. Please contact your Hyundai dealer for current specifications.

NAVIGATION SYSTEM VEHICLES



NP060 02014 A
(Rev 10/23/14)



www.MyHyundai.com

Blue Link Assistance:   855-2-BlueLink
                        (855-225-8354)

Roadside Assistance:    800-243-7766

## TABLE OF CONTENTS

Welcome to Blue Link ........................................................ 1
    Enrolling in Blue Link ................................................... 2
    Setting Blue Link Preferences and Alerts ............................. 4
    Blue Link Features Overview .......................................... 6

    Accessing Blue Link Features
        Smart Phone Mobile Application ................................ 8
        Using Blue Link in Your Car ..................................... 10
        Using Blue Link Online .......................................... 11
        In-Vehicle Apps ................................................ 12
        In-Vehicle Wi-Fi ................................................ 12
        Assurance Car Care In-Vehicle App ............................ 13
        Location Sharing In-Vehicle App ................................ 13

Blue Link Features
    Blue Link Connected Care Package
      *Safety*
        Automatic Collision Notification and Assistance ............... 14
        SOS Emergency Assistance .................................... 15
        Enhanced Roadside Assistance ................................ 16
      *Car Care*
        Monthly Vehicle Health Report ................................ 17
        Automatic Diagnostic Trouble Code Notification ............... 18
        Service Link .................................................... 18
        On-Demand Diagnostics ....................................... 19
        Driving Information ............................................ 19
        Maintenance Alert ............................................. 20
    Blue Link Remote Package
      *Convenience*
        Remote Door Unlock/Lock ..................................... 21
        Remote Horn/Lights ........................................... 22
        Remote Start with Climate Control* ............................ 23
        Car Finder .................................................... 25
      *Safeguard*
        Stolen Vehicle Recovery ....................................... 26
        Stolen Vehicle Slowdown ...................................... 26
        Vehicle Immobilization ......................................... 27
        Panic Notification ............................................. 27
        Alarm Notification ............................................. 27
        Valet Alert .................................................... 28
        Geo-Fence .................................................... 28
        Speed Alert ................................................... 29
        Curfew Alert .................................................. 29

    Blue Link Guidance Package
        Destination Search Powered by Google ........................ 30

Index ..................................................................... 33

Features accessible via the Mobile App

*Not available on all models

Welcome to




Blue Link® is a dynamic, telematics technology that allows Hyundai vehicles to send—and receive—important and useful information.
The system uses an enhanced cellular network, with automatic roaming, that optimizes connections and prioritizes emergency requests. In your vehicle, Blue Link uses voice-response technology, with the addition of GPS and a live assistance team for selected needs.

With Blue Link you get…

- Automatic emergency assistance, in the unfortunate event of a collision.
- The convenience of Destination Search, Powered by Google™, as well as the ability to remotely operate various vehicle features.
- The peace of mind that comes with in-vehicle, on-demand diagnostics, and more…

In addition, selected features incorporate notifications ⚠ via your choice of text messaging or email.

Please note that selected Blue Link features and notifications require that you first input information or set preferences online 🖥. (See Blue Link Features Overview, pages 6-7.)

An available smart phone mobile app gives you direct access to selected Remote features such as Remote Start with Climate Control* and Remote Door Lock/Unlock.

Please note: Hyundai Blue Link Service is only available in the 50 United States.

*Not available on all models
Google is a registered trademark of Google Inc.

 

## ENROLLING IN BLUE LINK

Enrollment begins with creating an account on MyHyundai.com, the Hyundai owner website that you can use to access your Blue Link preferences as well as a number of other ownership tools.



You can do this at your dealership or at home.

If you have not done so already, go to www.MyHyundai.com and select "register".

On the REGISTRATION screen, you will provide basic information about you and your vehicle that will be automatically populated into your Blue Link Enrollment and Preferences screens. Please note that you will need your Vehicle Identification Number (VIN) to complete this step.

After the enrollment process, you can learn about all the Blue Link features and the associated packages—at www.Hyundaibluelink.com, and try them during your free trial periods. In order to setup feature preferences, log on to your Blue Link account on www.MyHyundai.com.

### Free Trial Periods

| Packages | Standard Period | Blue Link Trial with Auto Renewal** |
|---|---|---|
| Blue Link Connected Care | 1 year* | N/A |
| Blue Link Remote | N/A | 3 mos |
| Blue Link Guidance | N/A | 3 mos |

The Blue Link Connected Care package is standard for 1 year from the vehicle date of first-use and is transferrable to subsequent owners during the period.

Please note: Hyundai Blue Link Service is only available in the 50 United States. Remote and Guidance are only available with an active Connected Care package and a credit card on file.

*The 1 year period starts with vehicle date of first use.

**A credit card is required for a Remote and Guidance trial and any removal of the credit card during the trial will cancel the subscription and any remaining trial time.

### 3 Blue Link Packages

Blue Link services come in three packages:

#### Connected Care
• Safety:
  – Automatic Collison Notification and Assistance
  – Enhanced Roadside Assistance
  – SOS Emergency Assistance

• Car Care:
  – Driving Information
  – On-Demand Diagnostics
  – Automatic Diagnostics Trouble Code Notification
  – Monthly Vehicle Health Report

  – Maintenance Alert*
  – Service Link

#### Remote
• Remote Service:
  – Remote Door Lock/Unlock
  – Remote Horn/Lights
  – Remote Start with Climate Control*
  – Car Finder**
  – Parking Meter Reminder**

• Vehicle Safeguard:
  – Stolen Vehicle Recovery
  – Stolen Vehicle Slowdown
  – Vehicle Immobilization
  – Alarm Notification
  – Panic Notification

• Vehicle Safeguard Alert***:
  – Valet Alert
  – Geo-Fence
  – Speed Alert
  – Curfew Alert

#### Guidance
• Destination Search Powered by Google
• Destination Send-to-Car by Google

### Purchasing Packages

Owners can subscribe to Blue Link packages in the following groupings:

• Connected Care
• Connected Care + Remote + Guidance
• Connected Care + Remote
• Connected Care + Guidance

### Cancelling Packages

When selling or trading in your vehicle, you are entitled to a refund of any unused portion of your subscription. Please call 855-2-BlueLink (855-225-8354) to cancel your subscription.

* Not available on all models, ** Available via Mobile App only, *** Delayed availability Features and Packages are subject to change.

## SETTING BLUE LINK PREFERENCES AND ALERTS

1. To get started with Blue Link, log on to www.MyHyundai.com and select the Blue Link logo for your applicable vehicle.



Blue Link Home page

2. Selecting Preferences and Alerts

This is where the rubber hits the road - where you are able to select, activate, adjust and control the settings for the Blue Link system in your Hyundai. Explore everything! You might be surprised at how easy to use - and practical - many of these amazing features are:

• Add Secondary Drivers

• Add Emergency Contacts

• Update Blue Link PIN

• Set Notifications

• View Monthly Vehicle Health Report

• Activate Remote Features

• Destination Send-to-Car by Google

• Geo-Fence*

• Speed Alert*

• Curfew Alert*

• Location Sharing**

*Delayed availability; **Not available on all models

### Setting or Changing Your Personal Identification Number (PIN)

To protect your vehicle and your privacy, many Blue Link features—and the Smart Phone Mobile App—require a secure Personal Identification Number (PIN) to allow activation. You will set your PIN during the Blue Link enrollment process.

To change your PIN, select Update my PIN from the Blue Link Home screen.

• Input your MyHyundai account password, create a new PIN and keep a record of it for later reference.

• Your PIN should not begin with a zero (0).



Personal Identification Number (PIN) Preferences screen

## BLUE LINK FEATURES OVERVIEW

| | Preferences | | Access to Feature In-Vehicle | | Access to Feature | | Notifications and Messages | | |
|---|---|---|---|---|---|---|---|---|---|
| | Website | Mobile App | Display | Mirror Button | Website | Mobile App | Text Messaging | Email | Notification History |
| **CONNECTED CARE** | | | | | | | | | |
| App Store Access | | | X | | | | | | |
| Auto Diagnostic Trouble Code Notification | | | X[3] | | X | | X | X | |
| Automatic Collision Notification (ACN) | X | | X[1] | | | | X | X | X |
| Driving Information | | | X | | | | | | |
| Enhanced Roadside Assistance | | | | X[1] | | X | | X | |
| Maintenance Reminder[6,7] | X | | X | | X | | X | X | X |
| Monthly Vehicle Health Report | X | | | | X | X | | X | |
| On-Demand Diagnostics | | | X | | | | | | |
| Service Link | | | X[3] | X[1] | | X | | X | |
| SOS Emergency Assistance | X | | X | X[1] | | | X | X | X |
| **REMOTE** | | | | | | | | | |
| Alarm Notification | X | | | | | | X | X | X |
| Vehicle Safeguard Alerts[6,7] | | | | | | | | | |
|   Curfew Alert | X | | | | | | X | X | X |
|   Geo-Fence | X | | | | | | X | X | X |
|   Speed Alert | X | | | | | | X | X | X |
|   Valet Alert | X | | | | | | X | X | X |
| Car Finder | | | | | | X[2] | | | |
| Parking Meter Reminder | | X | | | | X | X | | |
| Remote Door Unlock / Lock | X | | | | X | X | X | X | X |
| Remote Horn & Lights | X | | | | X | X | X | X | X |
| Remote Start with Climate Control[4] | X | | | | X | X | X | X | X |
| Stolen Vehicle Recovery | | | X[5] | | | | | | |
| Stolen Vehicle Slowdown | | | X[5] | | | | | | |
| Vehicle Immobilization | | | X[5] | | | | | | |
| **GUIDANCE** | | | | | | | | | |
| Destination Search Powered by Google | | | X | X | | | | | |
| Destination Send-to-Car by Google | | | X | | X | X | | | |

1) Live Agent Assistance
2) Within 1 mile radius
3) Option to schedule service is provided following an Auto DTC occurrence
4) Remote Start is only available for Push Button Start-equipped vehicles with an Automatic Transmission or Dual Clutch Transmission (DCT). Remote Climate Control requires Fully Automatic Temperature Control.

5) Access to all Blue Link services will remain unavailable while the vehicle is in Stolen Vehicle Recovery mode
6) Not available on all models
7) Delayed Availability

Features and Packages are subject to change.

# ACCESSING BLUE LINK FEATURES

## Smart Phone Mobile Application

 

  

You can download the Blue Link Mobile Apps on your smart phone from the following sites:

- • iPhone® — Apple® App Store
- • Android® — Google Play


Blue Link App


Genesis Intelligent
Assistant App

Please note:

- • Remote Start with Climate Control is only available for Push Button Start-equipped vehicles with an Automatic Transmission or Dual Clutch Transmission (DCT) and Fully Automatic Temperature Control.

- • See page 22 of this manual for additional information about Remote Start with Climate Control.

- • The app will display a pop up window giving users the option to open or download the appropiate smartphone app based on their vehicle selection.

- • Search "Hyundai Blue Link" to quickly find all Blue Link related mobile apps on Google Play or the App Store.



### Genesis Intelligent Assistant App

(Available for 2015 Genesis Sedan only)

- • When you first launch the app, you will be prompted to log in with your www.MyHyundai.com ID and password.

- • After logging in, tap on the Blue Link icon on the bottom of the screen for quick access to Remote Start and other features.

- • You will be required to input your Blue Link Identification Number (PIN). (See page 5 of this manual for PIN instructions.)

- • You will also be prompted to connect your calendar, and other accounts to enable the Intelligent Assistant to send you useful notifications based on your preferences.

- • You can always access the setup tutorial in the App Support section found in the app Menu.

## Using Blue Link in Your Car

Standard Rearview Mirror



Rearview Mirror in HomeLink®– equipped models



Controls for Blue Link in-vehicle voice-response use are located on the rearview mirror.

- Press the Blue Link button for access to the voice-response menu of services:
  - Service Link
  - Roadside Assistance
  - Blue Link Account Assistance
- Press the center button for Enhanced Navigation services.
  - Destination Search Powered by Google.
- Press the SOS button for SOS Emergency Assistance.*

You can end any Blue Link call by pressing the same Blue Link mirror button used to start the call.

*You must be an active Blue Link subscriber or within the initial free trial period to receive Blue Link services, including emergency notification services.

## Using Blue Link Online

Many Blue Link features can be customized, activated, or accessed at www.MyHyundai.com. This is an important link to getting the most out of your Blue Link system.



- Log on to www.MyHyundai.com. Depending on which Blue Link packages you are enrolled in, you will have access to some or all of these services:
  - Preferences for Blue Link features
  - Blue Link feature overviews
  - Your Monthly Vehicle Health Report
  - Remote Services, such as Remote Start with Climate Control

## Inviting Secondary Drivers



The primary Blue Link subscriber can invite other drivers to create a MyHyundai account to set their own communication and feature preferences for a shared Hyundai vehicle, giving each driver their very own Blue Link experience.

- From the Blue Link menu select Drivers, Invite a Secondary Driver and provide their name and email address.
- Your invited driver will receive an email with more details on how to accept your invitation and start using Blue Link.

## In-Vehicle Apps



- Your Blue Link susbscription may give you access to Hyundai's Blue Link Download Center in your vehicle. The Download Center may allow you to download and update in-vehicle apps including Pandora, SoundHound*, Aha Radio*, Car Care* and Location Sharing*.

- Additional in-vehicle apps may become available at any time during your Blue Link subscription. App availability may vary by model; visit the Download Center for the most up-to-date availibility for your Hyundai.

### Downloading an In-Vehicle App

- When in Park, from the All Menus icon, navigate to the Apps icon and select Download Center. A list of available apps for your vehicle will be displayed. Press Download next to the app you wish to download. It's that easy.

*Pandora and Aha Radio! require download of the corresponding smartphone application to your phone and connection to your car to enable the in-vehicle app. Aha Radio is a registered trademark of Harman International Industries, Inc. Soundhound is a registered trademark of Soundhound. Pandora is a registered trademark of Pandora Media, Inc.

### In-Vehicle Wi-Fi

- With Blue Link, you can connect your vehicle to an available Wi-Fi network at home, your local dealership or where available.

- As more in-vehicle apps become available, you can use Wi-Fi to download and/or upgrade apps at faster speeds.



Wi-Fi logo is a register trademark of the Wi-Fi Alliance.

## Assurance Car Care In-Vehicle App*



- The Assurance Car Care in-vehicle app will keep you in tune with your Hyundai. Navigate through your vehicle's owner's manual, user guides, service schedules and more.

### Features in the Assurance Car Care App

- **Vehicle Information**: Quick Reference Guide, Owner's Manual, Indicator Light Overview* and Blue Link information, including FAQs.

- **Service Reminders**: Maintenance Reminders and Recall Notifications.

- **Car Care Info**: Warranty Information, Schedule Car Care, Maintenance Information* and Car Care FAQs.

- **Hyundai Dealer Locator**

- **Roadside Assistance**

## Location Sharing In-Vehicle App**

- The Location Sharing app makes your car more social. See your social media friends nearby or share your locations with friends.

- Check in to nearby locations on Facebook and Foursquare. Share locations with your preferred contacts through Facebook, Foursquare, and Twitter.

- See your nearby Friend check-ins and tweets.

*Not available on all models, **Delayed Availability

# BLUE LINK CONNECTED CARE PACKAGE

## Automatic Collision Notification and Assistance

In the event an accident occurs <u>and</u> an airbag deploys, an Automatic Collision Notification signal will be automatically transmitted to the Blue Link Customer Care Center.

- Upon receipt of an Automatic Collision Notification, a trained Blue Link response operator will attempt to establish voice communication with the vehicle occupants and dispatch appropriate services.

- If you are unable to answer, the operator will advise you that emergency assistance has been notified and is on the way.

- The operator will remain on the line until help arrives.

- Emergency Contacts can be notified automatically via text messaging or email. Additionally, the Call Center agent can contact your Emergency Contact, if requested. (*Emergency contacts can be set on* [www.MyHyundai.com](www.MyHyundai.com))

Please note: The Automatic Collision Notification feature is subject to adequate cellular coverage, signal strength, and battery power, and only available in the 50 United States. You must be an active Blue Link subscriber or within the initial free trial period to receive Blue Link services, including Automatic Collision Notification services.

## SOS Emergency Assistance

In the event of an emergency, you can request emergency assistance 24/7, 365 days a year, by pressing the dedicated SOS button in your vehicle.



Standard rearview mirror

Rearview mirror in HomeLink®–equipped models

SOS

### Using SOS Emergency Assistance

- Press the dedicated SOS button.

- A trained Blue Link operator will come on the line and ask about the nature of the emergency and then dispatch the appropriate emergency assistance to the scene.

- If you are unable to answer, the operator will advise you that emergency assistance has been notified and is on the way.

- The operator will remain on the line until help arrives.

- Emergency Contacts can be notified automatically via text messaging or email. Additionally, Call Center agent can contact your Emergency Contact, if requested. (*Emergency contacts can be set on* [www.MyHyundai.com](www.MyHyundai.com))

Please note: The SOS Emergency Assistance feature is subject to adequate cellular coverage, signal strength, and battery power, and only available in the 50 United States. You must be an active Blue Link subscriber or within the initial free trial period to receive Blue Link services, including SOS Emergency Assistance services.

## Enhanced Roadside Assistance

Enhanced Roadside Assistance works in conjunction with your Hyundai Assurance Roadside Assistance coverage and enhances your coverage by transmitting your vehicle information and location to a specially trained response center for quicker, more efficient assistance.



Standard rearview mirror

Rearview mirror in HomeLink®−equipped models

### Using Enhanced Roadside Assistance

- Customers can press the Blue Link button and say "Roadside Assistance" to speak to an agent for Roadside Assistance.

- A trained Blue Link operator will come on the line and ask about the nature of the situation, then dispatch the appropriate roadside assistance to the scene.

- With Blue Link, the operator may be able to inform roadside assistance of your exact location.

- The SOS button can also be used for Enhanced Roadside Assistance.

  Please note: The Enhanced Roadside Assistance feature is subject to adequate cellular coverage, signal strength, and battery power, and only available in the 50 United States. You must be an active Blue Link subscriber or within the initial free trial period to receive Blue Link services, including Enhanced Roadside Assistance services.

## Monthly Vehicle Health Report



Monthly Vehicle Health Report
(actual monthly vehicle report may appear differently depending upon vehicle and equipment)

Thirty days after your new Hyundai vehicle purchase, you can begin receiving a comprehensive diagnostic evaluation involving most aspects of your vehicle's performance (e.g., systems check, mileage attained, upcoming maintenance, etc.).

In order to receive your Monthly Vehicle Health Report, you must first log on to www.MyHyundai.com, select the Blue Link logo for your applicable vehicle, then select Monthly Vehicle Health Report.

- Once set up, you will receive vehicle diagnostic reports via the email address provided in your www.MyHyundai.com Notification settings.
  - By default, you will receive your Monthly Vehicle Report on the same day of the month as your vehicle purchase.
- To review the report online, log on to www.MyHyundai.com and click on "Vehicle Report" in the sub menu.

## Automatic Diagnostic Trouble Code Notification

In the event a vehicle system or component malfunction occurs, Automatic Diagnostic Trouble Code (DTC) Notification correlates vehicle data and diagnostics to better inform you of a possible vehicle condition. Using in-vehicle display alerts, it will indicate the significance of the issue and provide you with instructions, including appropriate next steps. In addition, this information is also sent to your preferred Hyundai dealer in order to help with the repair process.

- In order to receive notifications, you must first log on to www.MyHyundai.com, select the Blue Link logo for your applicable vehicle, then select Notification Settings, and set your notification preference.

- Should a vehicle component malfunction, you will be automatically notified by your selected methods.

- If needed, you will have the option to call for Roadside Assistance and/or schedule a Hyundai dealership service appointment.

## Service Link

Service Link allows you to schedule a Hyundai dealership service appointment.

In order to activate this feature, you must first log on to www.MyHyundai.com and confirm your Preferred Hyundai Dealer.

- Select My Account from the top menu on www.MyHyundai.com menu.

- View your current Preferred Dealer under "My Preferred Dealer".

- If desired, select "Change Dealer" to the search for dealers in your area using the Zip Code/Search functions.

- Select the dealer by clicking the star next to the dealer name.

### How to Use Service Link in Your Vehicle

- Press the Blue Link button located on your rearview mirror.

- At the prompt, say "Service Link."

- A trained specialist will offer to make a dealership service appointment.
  - The agent will ask for information needed in order to schedule the appointment appropriately.
- Your Preferred Dealer will be notified or your appointment and may contact you if needed.

- An email reminder with the appointment will also be sent to you.



## On-Demand Diagnostics

This feature provides you with a timely in-vehicle diagnostic evaluation, adding peace of mind to your drive.

### How to Use On-Demand Diagnostics in Your Vehicle

- Access the feature from the Blue Link Menu on your vehicle's touchscreen display.

- After the vehicle performs the diagnostic sweep, the system will notify you if any conditions are found.

- You can view the details of any condition found immediately and even schedule service with a press of a button.

## Driving Information

Driving Information enhances your driving experience by readily summarizing the data gathered from your most recent trip.

### How to Access Driving Information in Your Vehicle

- Access the feature from the Blue Link Menu on your vehicle's touchscreen display.

- Data available includes driving distance, driving time, engine idle time, speed distributio and charts comparing your vehicle's acceleration and deceleration.

- All data is a running average and you can view changes during or after your most recent trip.

## Maintenance Alert*

This feature helps you keep your Hyundai vehicle in optimum running order by notifying you in advance of regularly scheduled maintenance intervals. Notification is made via your choice of text messaging or email.

- 📠 In order to activate this feature, you must first log on to www.MyHyundai.com, select the Blue Link logo for your applicable vehicle, then select Notification Settings, and set your alert preferences.

- ⚠️ Once activated, you will automatically be notified, by your selected methods, when your vehicle is due for regularly scheduled maintenance and be offered assistance in scheduling an appointment with your local Hyundai dealer.

## Remote Door Unlock/Lock





Features accessible via the Blue Link Mobile Apps

With this feature, you can lock or unlock your vehicle doors from virtually anywhere by using the Blue Link Mobile Apps, or using the Blue Link Owner's website.

- 📠 To use this feature, you must have a Blue Link Personal Identification Number (PIN). To create or change your PIN, log on to www.MyHyundai.com. See page 5 of this manual for more information.

To Activate Remote Door Unlock/Lock

- By Mobile App: **Select Remote features and DOOR UNLOCK or DOOR LOCK, as desired.**
  - Enter your Blue Link PIN.
  - The command to lock or unlock your doors will be sent to your vehicle.

- By website: **Log on to** www.MyHyundai.com**, select Blue Link.**
  - Select Remote Door Unlock/Lock.
  - Select Lock Doors or Unlock Doors and Input your Blue Link PIN.

Please note: After Blue Link unlocks the doors, they will remain unlocked for only 30 seconds. This auto relock is designed to enhance vehicle security by relocking the doors if the doors are not opened within 30 seconds.

Remote Services are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

*Not available on all models

## Remote Horn/Lights




Features accessible via the Blue Link Mobile Apps

This feature may be used to locate your parked vehicle in a large parking lot or for added safety. This service may be used in coordination with local authorities to locate a vehicle that has been stolen or in coordination with emergency services for a vehicle that is in a location that is not readily visible.

- To use this feature, you must have a Blue Link Personal Identification Number (PIN). To create or change your PIN, log on to www.MyHyundai.com. See page 5 of this manual for more information.

To Activate Remote Lights or Horn/Lights

- By Mobile App: Select Remote features and REMOTE HORN & LIGHTS.
    ◦ Enter your Blue Link PIN.
    ◦ The command to flash your vehicle's lights, or flash the lights and honk the horn, will be sent to your vehicle.

- By website: Log on to www.MyHyundai.com, select Blue Link.

    ◦ Select Remote Horn and Lights.
    ◦ Select Flash Lights Only or Flash Lights and Horn, then input your Blue Link PIN.

Please note: Remote Services are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

## Remote Start with Climate Control





Remote Start with Climate Control is only available for Push Button Start-equipped vehicles with an Automatic Transmission or Dual Clutch Transmission (DCT) and Fully Automatic Temperature Control.

Features accessible via the Blue Link Mobile Apps

This feature enables you to remotely start your vehicle and set an engine timer (1-10 minutes) from virtually anywhere. You can also set the climate control temperature and turn on the front-window defroster, ensuring a warm or cool car is ready to go when you are.

- To use this feature, you must have a Blue Link Personal Identification Number (PIN). To create or change your PIN, log on to www.MyHyundai.com. See page 5 of this guide for more information.

To Activate Remote Start with Climate Control

- By Mobile App: Select Remote features and REMOTE START.
    ◦ Enter your Blue Link PIN.
    ◦ Set engine duration and temperature control settings, if desired.
    ◦ The engine start command will be sent to your vehicle.

- By website: Log on to www.MyHyundai.com, select Blue Link.

    ◦ Select Remote Start.
    ◦ Select Remote Start, set a desired engine duration for remote start and temperature control settings, then input your Blue Link PIN.

Remember:
    ◦ Remote Start with Climate Control will automatically shut off after 10 minutes or after selected engine timer runs out.
    ◦ While this feature is active, the parking lights will blink until vehicle is turned off or when the vehicle is in operation.
    ◦ To continue operation of the vehicle, the proximity key must be inside the vehicle with the driver prior to pressing the brake and being able to move the gearshift from the "P" (park) position.

Please note: Remote Services are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

Preconditions:

- Ignition is OFF
- Alarm is armed (i.e., vehicle locked by key fob Remote Door Lock)
- Gearshift level is in the "P" (park) position
- Brake pedal is not depressed
- Engine hood is securely closed
- All the doors are closed and locked
- The tailgate or trunk lid is closed
- The security/panic system is not activated
- The proximity key is not inside the vehicle
- The battery power is not low
- Vehicle is located in an open area
- It has been less than 4 days since last vehicle ignition off
- Vehicle located in area with good cell reception

Remote Start with Climate Control will terminate:

- After 10 minutes or after selected engine timer runs out
- Brake is pressed without proximity key inside vehicle
- Alarm is triggered without proximity key inside vehicle
- Door/trunk is opened from inside the vehicle

Notice: Laws in some communities may restrict the use of the features that remotely start the engine. For example, some laws may require a person using the remote start feature to have the vehicle in view when doing so or limit the length of time a vehicle engine may idle. Please check local and state regulations for any requirements and restrictions on remote starting of vehicles and engine idling time.

---

> ⚠ **WARNING!**
>
> Do not remote start vehicle in an enclosed environment (i.e., closed garage). Prolonged operation of a motor vehicle in an enclosed environment can cause a harmful build-up of carbon monoxide. Carbon monoxide is harmful to your health. Exposure to high levels of carbon monoxide can cause headaches, dizziness or in extreme cases unconsciousness and/or death. Do not leave children or animals unattended in a vehicle while using the remote start function.

> ⚠ **CAUTION!**
>
> If the vehicle's windshield wipers are left on when the vehicle was last driven, then the wipers will turn on if the remote start function is activated. To avoid damage to the wiper blades (i.e., due to heavy ice or snow accumulated on the windshield), please always turn the vehicle's windshield wipers off when parking the vehicle.

## Car Finder



Features accessible via the Blue Link Mobile Apps

The mobile app feature enables you to find your vehicle on a map if you are within a 1-mile radius of your vehicle and gives you the ability to save your vehicle's location for future reference.

• To use this feature, you must have a Blue Link Personal Identification Number (PIN). To create or change your PIN, log on to www.MyHyundai.com. See page 5 of this manual for more information.

### To Activate Car Finder via Mobile App

• Select Map from the Home Menu.

• Select Find My Car where you will be prompted to SEARCH or TAG a new location.

• To Search within a 1-mile radius

- Enter your Blue Link PIN.
- The command will be sent to your vehicle and the vehicle location will be shown on the map.
- If your vehicle is outside a 1-mile radius, you can still save the location of your vehicle by tagging it on the map.

## Stolen Vehicle Recovery

In the event your vehicle is reported stolen to law enforcement authorities, the Blue Link Customer Care Center can use the GPS system to help pinpoint the exact location of the vehicle and assist in its recovery.

Log on to www.MyHyundai.com, select the Blue Link logo for your applicable vehicle, then select Notification Settings and set your alert preferences.

- To inform Hyundai of the theft of your Hyundai vehicle, call 855-2-BlueLink (855-225-8354).

- A live operator will come online to assist you.

- You will be asked to verify your name, phone numbers, and Hyundai PIN and provide verification that a police report has been filed, including the case number.

- The agent will initiate a stolen vehicle recovery signal to pin point the vehicle's location and will coordinate with law enforcement in its recovery.

Once the stolen vehicle recovery routine has been started, the owner will not have access to Blue Link services or be provided vehicle status or location, due to personal safety issues.  At the conclusion of the recovery process, Blue Link will contact the owner and inform them of the vehicle's disposition.

## Stolen Vehicle Slowdown

In the event your vehicle is reported stolen to law enforcement authorities, they may elect to utilize this feature to gradually reduce engine power, thereby slowing the vehicle's speed and eventually bringing it to a complete stop.

- To inform Hyundai of the theft of your Hyundai vehicle, call 855-2-BlueLink (855-225-8354).

- A live operator will work with law enforcement in initiating vehicle slowdown and assist in the vehicle's recovery.

## Vehicle Immobilization

In the event your vehicle is reported stolen to law enforcement authorities, they may elect to utilize this feature to completely turn off the engine once the vehicle has been stopped using vehicle slowdown. This will prevent the vehicle from being restarted until law enforcement has arrived on the scene.

- To inform Hyundai of the theft of your Hyundai vehicle, call 855-2-BlueLink (855-225-8354).

- A live operator will work with law enforcement in initiating vehicle immobilization and assist in the vehicle's recovery.

## Panic Notification

This feature will notify any pre-selected persons if your vehicle's remote panic button is engaged, via your choice of text messaging or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com and set your preferences as outlined on page 4 of this manual.

- All individuals designated by you will be notified of your vehicle's precise location should the panic button be activated.

  Please note: Notifications are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

## Alarm Notification

In the event your vehicle's alarm is activated, this feature will automatically notify any pre-selected persons via your choice of text messaging or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com and set your preferences as outlined on page 4 of this guide.

- Your pre-selected contacts will be notified if your vehicle's alarm is activated.

  Please note: Notifications are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

# VEHICLE SAFEGUARD ALERTS*

Download the Vehicle Safeguard Alerts App to your vehicle to activate the features and start receiving notifications.

## Valet Alert

Whenever you leave your Hyundai vehicle with a valet and it travels farther than your pre-selected distance boundary after activation, you will be notified in-vehicle and via your choice of text message or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com.
  - Select the Blue Link logo for your applicable vehicle
  - Select Geo-Fence & Valet Alert
  - Select the Valet tab
  - Turn on Valet Alert and set a distance boundary

⚠ Once activated, you will automatically receive an alert should your vehicle travel farther than your pre-selected distance boundary from the point of activation.

Please note: Hyundai Blue Link Services are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

## Geo-Fence

This feature allows you to designate the boundaries of areas in which your vehicle may and may not be driven. Should the vehicle cross these boundaries, you will be notified in-vehicle and via your choice of text messaging or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com.
  - Select the Blue Link logo for your applicable vehicle
  - Select Geo-Fence & Valet Alert
  - Turn on Geo-Fence and set driving boundaries
- ⚠ Once activated, you will automatically receive an alert should your vehicle cross the boundaries of your designated areas.

Please note: Notifications are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

## Speed Alert

Ideal for parents of younger drivers, this feature allows you to pre-set a speed limit for your Hyundai vehicle. Should the speed limit be exceeded, you will be notified in-vehicle and via your choice of text messaging or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com.
  - Select the Blue Link logo for your applicable vehicle
  - Select Speed Alert
  - Turn on Speed Alert and set a speed limit
- ⚠ Once activated, you will automatically receive an alert should your vehicle exceed the pre-designated speed limits.

Please note: Notifications are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

## Curfew Alert

This feature allows you to pre-set acceptable time intervals for when your Hyundai vehicle can and cannot be driven. Should these be exceeded, you will be notified in-vechiel and via your choice of text messaging or email.

- In order to activate this feature, you must first log on to www.MyHyundai.com.
  - Select the Blue Link logo for your applicable vehicle
  - Select Curfew Alert
  - Turn on Curfew Alert and set Curfew days and times
- ⚠ Once activated, you will automatically receive an alert should the curfew limits be exceeded.

Please note: Notifications are subject to adequate cellular coverage and signal strength, and only available in the 50 United States.

*Delayed availability

BLUE LINK GUIDANCE PACKAGE                                    NOTES

Destination Search Powered by Google



Blue Link allows you to search and download location information for points of interest, businesses, and specific addresses using Google's search engine.

Using Destination Search in Your Vehicle
• Press the Navigation Service button on your rearview mirror and state your destination when prompted.
• If the voice search does not return the desired destination, you can also use the keyboard to search again.
• When you route to a destination, the destination is saved in your POI history.

Using Destination Search on Your Mobile App
• Search for a point of interest using the search bar in the Home Menu.
• Select your desired point of interest from the map or results list.
• You have the option to save and/or send the POI directly to your vehicle.

Using Destination Search on Your Computer
• On www.MyHyundai.com, select the Blue Link logo for your applicable vehicle, select point of interest search and download the results to your vehicle for navigation guidance to the destination.

QUICK TIP: you can access a point of interest sent to your vehicle or any POI you have routed to, by navigating to the in-vehicle Blue Link Menu and selecting the Send-to-Car with Google icon.

## NOTES

## INDEX

Alarm Notification ....................................................................27
Assurance Car Care In-Vehicle App ...............................13
Automatic Collision Notification and Assistance ......14
Automatic Diagnostic Trouble Code Notification ....18
Blue Link Features (Operation Chart) ............................6
Car Finder .................................................................................25
Curfew Alert ............................................................................29
Destination Search Powered by Google ......................30
Driving Information ..............................................................19
Enhanced Roadside Assistance .......................................16
Geo-Fence ................................................................................28
In-Vehicle Apps ......................................................................12
In-Vehicle Wi-Fi ......................................................................12
Maintenance Alert ................................................................20
Monthly Vehicle Health Report .......................................17
On-Demand Diagnostics ....................................................19
Panic Notification .................................................................27
Remote Door Unlock/Lock .................................................21
Remote Horn/Lights .............................................................22
Remote Start with Climate Control ................................23
Service Link .............................................................................18
SOS Emergency Assistance ...............................................15
Smart Phone Mobile Application ......................................8
Speed Alert ..............................................................................29
Stolen Vehicle Recovery .....................................................26
Stolen Vehicle Slowdown ...................................................26
Using Blue Link in Your Car ..............................................10
Using Blue Link Online ........................................................11
Valet Alert ................................................................................28
Vehicle Immobilization .......................................................27